FILED

12/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0535

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0535

_____

IN RE THE MARRIAGE OF:

NANCY J. VAIRA,

      Petitioner and Appellee,

    v.

DUANE E. SMITH,

      Respondent and Appellant.

O R D E R

_____

The record was filed for purposes of this appeal on October 26, 2022. The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than January 9, 2023. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 9 2022